UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
PAUL DUNCAN,

                        Plaintiff,                        11-CV-05952 (SLT)(VVP)

        - against -                        **PROPOSED ORDER**
                                                                **AND JUDGMENT**

REVMA ELECTRIC, INC., RALPH VELAZQUEZ,
*Individually,* and
JOHN DOE (the name "John Doe" being fictitious, as the true
name is presently unknown), *Individually,*

                       Defendants.
------------------------------------------------------------------------X

       This action having been commenced on December 6, 2011 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the Defendant REVMA ELECTRIC, INC, on December 19, 2011 by service on the Secretary of State and on the Defendant RALPH VELAZQUEZ on December 16, 2011 by personal service at his place of business at 30-05 30th Ave., Astoria, New York 11102 and a proof of service having been filed on December 24, 2011 and December 25, 2011, respectively, and the defendants not having answered the Complaint, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendants for violation of the Fair Labor Standards Act and New York Labor Law, and be awarded lost wages in the amount of $24,000.00, $12,000.00 representing lost wages and $12,000.00 representing liquidated damages, plus interest, costs in the amount of $899.40, and attorneys' fees in the amount of $6,450.00 along with whatever this Court deems just and proper.

                                          Dated: New York, New York

                                          _____
                                          U.S.D.J.